**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Clint Arthur, individually and on behalf of a class of similarly situated persons       PLAINTIFF(S) | CASE NUMBER<br><br>2:08-cv-4731-AHM-FFM |
| v.<br><br>Louis Vuitton North America, Inc., and Does 1 through 100<br><br>DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _Matthew Butterick_ , _250953_ , _mb@butboricklaw.com_
   *Name*           *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Clint Arthur

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent  ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
         PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name  Butterick Law Corporation
   New Address _____
   New Telephone Number _____   New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
  ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: July 22, 2008          _____
                              *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 3 | |
| 4 | I am employed in the County of Los Angeles, State of California and my |
| 5 | business address is 5419 Hollywood Blvd., Suite C731, Los Angeles CA 90027. I |
| 6 | am over the age of 18 and not a party to this action. |
| 7 | On July 22, 2008, I served the following documents on the interested parties |
| 8 | in this action: |
| 9 | |
| 10 | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| 11 | |
| 12 | I served this document via United States mail by sealing it in an envelope |
| 13 | with first-class postage and placing it in a dropoff box regularly maintained by the |
| 14 | United States Postal Service, addressed as follows: |

| | |
|---|---|
| **Rachael M Trummel** | **Robert E Shapiro** |
| **Barack Ferrazzano Kirschbaum &** | **Barack Ferrazzano Kirschbaum &** |
| **Nagelberg LLP** | **Nagelberg LLP** |
| **200 W. Madison Street** | **200 W. Madison Street** |
| **Chicago, IL 60606** | **Chicago, IL 60606** |

20  I am aware that on motion of any party served, service is presumed invalid if
21  the postal cancellation date is more than one day after the date of deposit for
22  mailing.
23  I declare under penalty of perjury that the foregoing is true and correct.
24  Executed on July 22, 2008 in Los Angeles, California.

27  Dated: July 22, 2008                                    _[signature]_
28                                                                MATTHEW J. BUTTERICK