O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4731 AHM (FFMx) | Date | December 11, 2008 |
|---|---|---|---|
| Title | ARTHUR v. LOUIS VUITTON NORTH AMERICA INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court on its own motion allows Plaintiff to file the proposed Second Amended Complaint, and ORDERS that it be filed. The Court therefore VACATES as moot the pending Motion to Dismiss.[1]

Before Defendant files a motion to dismiss the Second Amended Complaint, which would appear to be a serious challenge to what appears to be a misguided lawsuit, the Court ORDERS the parties to meet and confer and conduct in good faith settlement negotiations that would allow both sides to avoid the risks and costs inherent in all litigation, particularly class action litigation. If the parties cannot reach an early settlement directly with each other, the Court will order them promptly to participate in a mediation before the assigned Magistrate Judge. If that fails, the Court will entertain a challenge to the Second Amended Complaint.

The Court admonishes counsel for Plaintiff to consider carefully and take into account the provisions of title 28 U.S.C. § 1927.

:

Initials of Preparer

---

[1] Docket No. 22.