O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4731 AHM (FFMx) | Date | February 27, 2009 |
|---|---|---|---|
| Title | ARTHUR v. LOUIS VUITTON NORTH AMERICA INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    The Court has reviewed the response by Plaintiff to the Order to Show Cause re: Dismissal for Lack of Prosecution. For good cause shown, the Court hereby DISCHARGES its February 12, 2009 Order to Show Cause.[1]

 

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1]Docket No. 40.