O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-04731-AHM (FFMx) | Date | December 6, 2010 |
|---|---|---|---|
| Title | CLINT ARTHUR v. LOUIS VUITTON NORTH AMERICA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Daniel E. Engel | Mark A. Neubauer | |

**Proceedings:**     Plaintiff's Motion to Remand [186] (non-evidentiary)

Cause called; appearances made.

Court is advised that the parties have settled the case over the weekend and asks that the Court not issue its ruling on the pending motion to remand. Terms of the settlement are placed on the record and the Court orders that this action be removed from the Court's active caseload pending submission of their proposed stipulated dismissal. The dismissal should included language that the dismissal has no bearing on any absent or non-appearing putative class-member. Order to issue.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | SMO |