1  BARACK FERRAZZANO
      KIRSCHBAUM & NAGELBERG LLP
2  Robert E. Shapiro (Admitted *Pro Hac Vice*)
   Email:    rob.shapiro@bfkn.com
3  Rachael M. Trummel (Admitted *Pro Hac Vice*)
   Email:    rachael.trummel@bfkn.com
4  200 W. Madison Street
   Chicago, Illinois 60606
5  Telephone:  (312) 984-3100
6  Facsimile:   (312) 984-3150

7  STEPTOE & JOHNSON LLP
   Mark A. Neubauer (SBN 73728)
8  Email:    mneubauer@steptoe.com
   Rebecca Edelson (SBN 150464)
9  Email:    redelson@steptoe.com
10 2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
11 Telephone:  (310) 734-3200
   Facsimile:   (310) 734-3300
12
13 Attorneys for Defendants
   LOUIS VUITTON NORTH AMERICA, INC.
14 and LOUIS VUITTON MALLETIER, S.A.

15              UNITED STATES DISTRICT COURT
16       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| | |
|---|---|
| CLINT ARTHUR, individually and on behalf of a class of similarly situated persons,<br><br>            Plaintiff,<br><br>      vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC., a Delaware corporation; LOUIS VUITTON MALLETIER, S.A., a French corporation, and DOES 2 through 10, inclusive,<br><br>            Defendants. | Case No.: CV 08-04731 AHM (FFMx)<br><br>(Assigned to Hon. A. Howard Matz) Courtroom 14<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Doc. # CC-238736 v.1

Pursuant to the stipulation submitted by the Parties, good cause being shown therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice with each Party to bear his or its own fees and costs.

Also pursuant to the stipulation submitted by the Parties, the Court having given its own consent, the Court shall retain jurisdiction over this case for the limited purpose of enforcing the Parties' Settlement Agreement.  This Order of dismissal has no bearing on any absent or non-appearing putative class member.

IT IS SO ORDERED:

Dated:  December 16, 2010

_____
Hon. A. Howard Matz
Judge of the United States District Court

1

Doc. # CC-238736 v.1